UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. MICHAEL A. SHIPP, U.S.D.J. |
| | : | |
| Plaintiff, | : | Crim. No. 24-432 (MAS) |
| | : | |
| vs. | : | |
| | : | |
| NIKENSON MATHURIN, | : | **ORDER EXTENDING FILING** |
| | : | **DEADLINE FOR RULE 29/33 MOTION** |
| Defendant. | : | |

This matter having been brought before the Court by Mark G. Davis, Esq., attorney for the defendant, NIKENSON MATHURIN, with the consent of the United States Attorney's Office for the District of New Jersey (Matthew Stark, AUSA, and Fatime Canoe, AUSA, appearing), for an order extending the time for defendant to file post-judgment motions pursuant to Rule 29 and Rule 33; and the Court having considered the matter and for good cause appearing;

IT IS on this 2ⁿᵈ day of June 2026;

ORDERED that the time for the defendant, Nikenson Jean Mathurin, to file a motion pursuant to Rule 29 and Rule 33 is hereby extended to July 6, 2026.

_____
HON. MICHAEL A. SHIPP, U.S.D.J.